UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ES Distribution, LLC et al.

*Plaintiff*

v.

Hangtime LLC

*Defendant*

Civil Action No. 3:20-CV-00469

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for ES Distribution, LLC, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/Robert P. Feinland/
Signature of Attorney

270 Madison Avenue, 8th Floor
Address

New York, NY 10016
City/State/Zip

01/14/2020
Date

DNJ-CMECF-005 (10/2018)